IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY JEVON SEWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv658-ID |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

The court having considered the government's motion requesting a stay of the proceedings on the petitioner's motion pursuant to 28 U.S.C. § 2255 (Doc. No. 13), and good cause having been shown, it is hereby

ORDERED that the government's motion (Doc. No. 13) is GRANTED, and this court's determination of the issues presented in the § 2255 motion shall be held in abeyance pending the en banc Eleventh Circuit Court of Appeal's decision in *Gilbert v. United States*, 609 F.3d 1159 (11th Cir. 2010), *vacated on rehearing en banc*, 625 F.3d 716 (11th Cir. Nov.3, 2010).

Done this 19th day of April, 2011.

                                                  /s/Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                CHIEF UNITED STATES MAGISTRATE JUDGE