IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY JEVON SEWELL, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:10-cv-0658-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #28) filed on July 25, 2012 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #25) entered on June 29, 2012 is adopted;

(3) The § 2255 motion is DENIED and this case is DISMISSED with prejudice.

DONE this the 9th day of August, 2012.

        /s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE